STATE of Missouri,
Plaintiff/Respondent,

v.

Leo ADAMS, Defendant/Appellant.

No. 56687.

Missouri Court of Appeals,
Eastern District,
Division Three.

July 31, 1990.

Motion for Rehearing and/or Transfer
to Supreme Court Denied
Aug. 29, 1990.

Doris Gregory Black, St. Louis, for defendant/appellant.

William L. Webster, Atty. Gen., Robert V. Franson, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

ORDER

PER CURIAM.

Defendant appeals his convictions for unlawful use of a weapon and illegal posses-

---

sion of a schedule I and a schedule II controlled substance.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).